```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
VICTORIA MILLER,                                                 :
                                                                 :
                          Plaintiff,                             :
                                                                 :      25-cv-2540 (LJL)
           -v-                                                   :
                                                                 :         ORDER
JET BLUE AIRLINES,                                               :
                                                                 :
                          Defendant.                             :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2025

LEWIS J. LIMAN, United States District Judge:

The initial pretrial conference in this case scheduled for August 11, 2025, is adjourned to August 28, 2025, at 2:00 PM. The conference will occur telephonically. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Defendant is directed to serve an electronic copy of this Order on Plaintiff and to file proof of electronic service on the docket. Failure of Plaintiff to attend without good cause may result in dismissal for failure to prosecute or for failure to obey this order.

SO ORDERED.

Dated: August 5, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge